UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES A JENKINS,

             Plaintiff,

  v.

HUMBOLDT COUNTY et al,

             Defendant.

_____/

          Case Number: CV09-05899 PJH

          **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James A. Jenkins
P.O. Box 658
Blue Lake, CA 95525-0658

Dated: January 21, 2010

          Richard W. Wieking, Clerk
          By: Nichole Heuerman, Deputy Clerk