UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES A. JENKINS,

    Plaintiff,

    v.

HUMBOLDT COUNTY, et al.,

    Defendants.

_____/

No. C 09-5899 PJH

**ORDER**

    The court has determined that the effective filing date of the above-entitled action was November 24, 2010, more than 180 days ago. After the court dismissed the complaint pursuant to 28 U.S.C. § 1915(e), plaintiff paid the filing fee on April 30, 2010. On June 1, 2010, summonses were issued. The clerk's docket reflects that as of June 16, 2010, plaintiff has filed no proof of service of the summons and complaint on any defendant.

    Although the general rule is that the summons and complaint must be filed within 120 days from the date the complaint is filed, see Fed. R. Civ. P. 4(m), the court in this instance will permit plaintiff 120 days from the date he paid the filing fee to serve the defendants and file the proofs of service. Any defendant as to which no proof of service has been filed as of August 30, 2010 will be dismissed from the case. The court notes in addition that this grant of additional time for service is in no way intended to prejudice any defendant from asserting any limitations defense.

**IT IS SO ORDERED.**

Dated: June 17, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge