UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES A JENKINS,

    Plaintiff(s),  No. C 09-5899 PJH

    v.  **ORDER**

HUMBOLDT COUNTY, et al.,

    Defendant(s).
_____/

    The court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J Vadas, whose courtroom is located in Eureka, California, for all future proceedings pursuant to 28 USC § 636(c).  Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

      The parties are directed to confer regarding reassignment and to file, on or before September 28, 2010, a letter stating whether or not the parties consent to reassignment of this matter to Magistrate Judge Vadas.  If the parties so consent, the matter will be transferred.  The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.  If the parties do not consent, a case management conference will be held at the Oakland Courthouse on October 21, 2010, at 2:00 p.m.

    IT IS SO ORDERED.

Dated: September 10, 2010

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge