```
 1  JEROME M. VARANINI, ESQ. (State Bar No. 58531)
    TRIMBLE, SHERINIAN & VARANINI
 2  2500 Venture Oaks Way, Suite 350 (95833)
    P.O. BOX 590
 3  SACRAMENTO, CA  95812-0590
    TELEPHONE:  (916) 444-8271
 4

 5  Attorney for Defendants Jeanne Knoch, R.N.,
    Iver Lien, F.N.P., R.N., Dr. Robert Phang,
 6  Dr. Wilmar Hechanova and Dr. Michael Burleson
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES AARON JENKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>HUMBOLDT COUNTY, et al.<br><br>    Defendants.<br>_____/ | CASE NO. 2:09 5899 PJH<br><br>**STIPULATION FOR ORDER OF DISMISSAL AND** ~~PROPOSED~~ **ORDER OF DISMISSAL** |

Plaintiff JAMES AARON JENKINS, in pro per, having agreed to a dismissal of all claims relating to his medical care during the time of his incarceration from July 21, 2006, through November 24, 2007 at the Humboldt County Jail hereby stipulates that this case be dismissed, with prejudice and that this Court enter an order of dismissal with prejudice to any and all claims by Plaintiff as and against Defendants Jeanne Knoch, R.N., Iver Lien, F.N.P., R.N., Dr. Robert Phang, Dr. Wilmar Hechanova and Dr. Michael Burleson including any and all claims concerning the medical care, dental care, and treatment received by JAMES AARON JENKINS while incarcerated at the Humboldt County Jail.

1  Dated: January 31, 2011

2

3                                              _____
                                               By: James Aaron Jenkins,
4                                              In Pro Per Plaintiff

5

6  Dated: February 1, 2011                     TRIMBLE, SHERINIAN & VARANINI

7

8                                              _____
                                               By: Jerome M. Varanini
9                                              Attorney for   Defendants Jeanne
                                               Knoch, R.N., Iver Lien, F.N.P.,
10                                             R.N., Dr. Robert Phang, Dr. Wilmar
                                               Hechanova and Dr. Michael Burleson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2

1  JEROME M. VARANINI, ESQ. (State Bar No. 58531)
   TRIMBLE, SHERINIAN & VARANINI
2  2500 Venture Oaks Way, Suite 350 (95833)
   P.O. BOX 590
3  SACRAMENTO, CA  95812-0590
   TELEPHONE:  (916) 444-8271
4

5  Attorney for Defendants Jeanne Knoch, R.N.,
   Iver Lien, F.N.P., R.N., Dr. Robert Phang,
6  Dr. Wilmar Hechanova and Dr. Michael Burleson

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 JAMES AARON JENKINS,                CASE NO. 2:09 5899 PJH

12      Plaintiff,                    [PROPOSED] ORDER OF DISMISSAL

13 vs.

14 HUMBOLDT COUNTY, et al.

15      Defendants.
   _____/
16

17      The court having received and accepted the stipulation by Plaintiff
18 James Aaron Jenkins, In Pro Se, and Defendants Jeanne Knoch, R.N., Iver
19 Lien, F.N.P., R.N., Dr. Robert Phang, Dr. Wilmar Hechanova and Dr.
20 Michael Burleson requesting a dismissal of this matter with prejudice as
21 and between the parties to this stipulation, hereby orders this case
22 dismissed with prejudice as to Defendants Jeanne Knoch, R.N., Iver Lien,
23 F.N.P., R.N., Dr. Robert Phang, Dr. Wilmar Hechanova and Dr. Michael
24 Burleson, and that said dismissal shall take effect immediately with
25 entry of the judgment of dismissal.

26 Dated: February  4 , 2011

27                                    _____
                                      Honorable Phyllis J. Hamilton
28                                    United States District Court

                                      IT IS SO ORDERED
                                      Judge Phyllis J. Hamilton

                                      1