Nancy K. Delaney, SBN 70617
William F. Mitchell, SBN 159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants COUNTY OF HUMBOLDT,
SHERIFF GARY PHILP, CAPTAIN ED WILKINSON,
LT. LEE FIGAS, JAIL COMPLIANCE OFFICER KAREN LOVIE,
S.C.O. TIMOTHY HERSHBERGER, C.O. DELIA GARCIA,
S.C.O. DEAN NUNNEMAN, C.O. BOBBY POTTS,
C.O. CODY HALE, C.O. JASON BINGE,
C.S. DENNIS GRIFFIN and C.O. JOHN KENNON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES AARON JENKINS, | CASE NO.: C-09-5899-PJH (LB) |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | |
| HUMBOLDT COUNTY, et al., | |
| Defendants. | |

The Court having received and accepted the Stipulation by plaintiff James Aaron Jenkins, In Pro Se, and defendants COUNTY OF HUMBOLDT, SHERIFF GARY PHILP, CAPTAIN ED WILKINSON, LT. LEE FIGAS, JAIL COMPLIANCE OFFICER KAREN LOVIE, S.C.O. TIMOTHY HERSHBERGER, C.O. DELIA GARCIA, S.C.O. DEAN NUNNEMAN, C.O. BOBBY POTTS, C.O. CODY HALE, C.O. JASON BINGE, C.S. DENNIS GRIFFIN and C.O. JOHN KENNON, requesting a dismissal of this matter with prejudice as and between the parties to this stipulation, hereby orders this case dismissed with prejudice as to Defendants COUNTY OF HUMBOLDT, SHERIFF GARY PHILP, CAPTAIN ED WILKINSON, LT. LEE FIGAS, JAIL COMPLIANCE

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

[PROPOSED] ORDER OF DISMISSAL

1 | OFFICER KAREN LOVIE, S.C.O. TIMOTHY HERSHBERGER, C.O. DELIA
2 | GARCIA, S.C.O. DEAN NUNNEMAN, C.O. BOBBY POTTS, C.O. CODY HALE,
3 | C.O. JASON BINGE, C.S. DENNIS GRIFFIN and C.O. JOHN KENNON, and that said
4 | dismissal shall take effect immediately with entry of the judgment of dismissal.
5 |     IT IS SO ORDERED.
6 | DATED: __3/22/11__

HONORABLE PHYLLIS J. HAMILTON
United States District Court

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
[PROPOSED] ORDER OF DISMISSAL